UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

CURTIS FULLER, a/k/a RALEEM-X,

    Plaintiff,

v.                                                              Case No. 2:06-cv-228
                                                             HON. ROBERT HOLMES BELL

P. BASAL, et al.,

    Defendants.
_____/

**OPINION AND ORDER APPROVING MAGISTRATE JUDGE'S**

**REPORT AND RECOMMENDATION**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on August 9, 2007. The Report and Recommendation was duly served on the parties. The Court has received objections from plaintiff. In accordance with 28 U.S.C. § 636(b)(1), the Court has performed *de novo* consideration of those portions of the Report and Recommendation to which objection has been made. The Court now finds the objections to be without merit.

The Report and Recommendation was filed on August 9, 2007. Plaintiff filed a motion to enlarge the time to file objections to the Report and Recommendation. That motion was denied. Plaintiff has filed a motion for reconsideration of the denial of that motion. However, Plaintiff has now filed objections.

Defendant Maki, as the hearings officer, is clearly entitled to the immunity defense. Similarly, plaintiff has failed to support his retaliation claims with factual evidence which could defeat defendants' summary judgment motion.

Plaintiff's motion for reconsideration of his motion for enlargement of time to respond the Report and Recommendation (Docket #57) is denied as moot.

THEREFORE, IT IS ORDERED that the Report and Recommendation of the Magistrate Judge (Docket #54) is approved and adopted as the opinion of the Court.

Dated: September 7, 2007                    /s/ Robert Holmes Bell
                                            ROBERT HOLMES BELL
                                            CHIEF UNITED STATES DISTRICT JUDGE